# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:06-CR-00061-BRW
                                4:13-CV-00428-BRW

TERRY LEE WARD

## ORDER

Petitioner's Motion for Leave to Withdraw Previously Considered Issues (Doc. No. 221) is DENIED as MOOT.

Petitioner's Motion for Relief from Judgment (Doc. No. 222) is DENIED.

Petitioner also filed a motion for Certificate of Appealability. The standard for evaluating a certificate of appealability petition is set out in 28 U.S.C. § 2253(c)(2): "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Eighth Circuit has explained that "[a] substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings."[1] Because Plaintiff has not made a substantial showing of the denial of any constitutional right, the Motion for Certificate of Appealability is DENIED.

Since Petitioner filed a Notice of Appeal on August 6, 2013,[2] any future motions should be filed directly with the Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 11th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Cox v. Norris*, 133 F.3d 565, 569 (8th Cir. 1997).

[2] Doc. No. 220.